1  McGREGOR W. SCOTT
   United States Attorney
2  JILL THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2781


FILED
SEP 26 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF ) SW -
ONE SPRINT NEXTEL CELLULAR PHONE )
(702) 810-6117; SERIAL NUMBER: ) 2:08-SW 410 GGH
03416212748, NAMELY GLOBAL )
POSITIONING SYSTEM DATA )
                                  )  UNDER SEAL
_____ )

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court except for copies for use by the United States.

DATED: September 2, 2008

_____
GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1