FILED

SEP 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE SPRINT NEXTEL CELLULAR PHONE (702) 810-6117; SERIAL NUMBER: 03416212748, NAMELY GLOBAL POSITIONING SYSTEM DATA | SW - 2:08-410 GGH<br><br>UNSEALING ORDER |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the above referenced matter SW-2:08 410 GGH be, and is, hereby ordered **UNSEALED**.

DATED: September 29, 2008

_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1